IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HOWARD, | 1:05-CV-1209 OWW SMS P |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE |
| vs. | |
| A. K. SCRIBNER, et al., | |
| Defendants. / | |

  Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a copy of his certified prison trust account statement. However, plaintiff's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration. Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis **or** pay the $250.00 filing fee.

  Accordingly, IT IS HEREBY ORDERED that:

  1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

1

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis with the required original signature by an authorized officer of the institution of incarceration, pay the $250.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   October 19, 2005**                      **/s/ Sandra M. Snyder**
b6edp0                                              UNITED STATES MAGISTRATE JUDGE