UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HOWARD, | 1:05-cv-01209-OWW-SMS-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 6, 7) |
| vs. | **ORDER DISMISSING COMPLAINT/ ACTION** |
| A.K. SCRIBNER, et al., | |
|     Defendants. | |

Plaintiff, Steven Howard ("plaintiff"), is a state prisoner currently incarcerated at Corcoran State Prison, and is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 8, 2005, the Magistrate Judge filed Findings and Recommendation that the action be dismissed for Plaintiff's failure to comply by submitting an Application to Proceed In Forma Pauperis or pay the filing fee.

On December 13, 2005, the Magistrate Judge issued Findings and Recommendations that also recommended dismissal of the action

1

for Plaintiff's failure to comply by filing an Amended Complaint curing deficiencies outlined in the Court's Order dismissing with leave to amend.  Both Findings and Recommendations were served on plaintiff and contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, plaintiff has not filed objections to either of the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, issued December 8, 2005, and December 13, 2005, are ADOPTED IN FULL; and,

2.   The Complaint, is DISMISSED based on Plaintiff's failure to obey a court's order, failure to prosecute the action and failure to state a claim upon which relief can be granted.

IT IS SO ORDERED.

**Dated:   February 16, 2006**              /s/ Oliver W. Wanger
emm0d6                                       UNITED STATES DISTRICT JUDGE

2